UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 06-80304-CIV-ZLOCH

IRIC GROSSMAN,

      Plaintiff,

vs.                                                    **<u>FINAL ORDER OF DISMISSAL</u>**

CERIDIAN BENEFITS SERVICES,
INC. and CAREMARK, INC.,

      Defendants.
_____/

    THIS MATTER is before the Court sua sponte. The Court entered its Order For Pre-Trial Conference (DE 15) dated July 14, 2006 setting June 29, 2007 as the date by which the Pre-Trial Stipulation must be filed.

    No request or Motion For Continuance of the Pre-Trial Conference has been filed, no request or Motion For Extension Of Time Within Which To File Pre-Trial Stipulation has been filed, and no Unilateral Pre-Trial Catalog has been filed by the Plaintiff as of June 29, 2007, as required by this Court's Order (DE 15) For Pre-Trial Conference and by Rule 16.1, Local Rules for the Southern District of Florida.

    This Court has further reviewed the entire court file and is otherwise fully advised in the premises.

    Accordingly, after due consideration, it is

    **ORDERED AND ADJUDGED** that the Complaint filed in this matter be and the same is hereby **DISMISSED**, without prejudice, for failure of the Plaintiff to comply with the Order of this Court and for

failure of the Plaintiff to comply with Rule 16.1, Local Rules for the Southern District of Florida.

**IT IS FURTHER ORDERED AND ADJUDGED** that the Pre-Trial Conference previously scheduled in the above-styled cause is hereby canceled.

**IT IS FURTHER ORDERED AND ADJUDGED** that to the extent not otherwise disposed of herein, all pending motions are hereby **DENIED** as moot.

**DONE AND ORDERED** in Chambers at Fort Lauderdale, Broward County, Florida, this 2nd day of July, 2007.

WILLIAM J. ZLOCH
United States District Judge

Copies furnished:

James B. Roche, Esq.
Jene Pamella Williams-Rhoads, Esq.
For Plaintiff

Andrea R. Bernstein, Esq.
David S. Mandel, Esq.
For Defendants